UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEREMY MARQUISE CARTER

VS  CASE NO. 5:04cv306-RH

UNITED STATES DEPARTMENT OF
JUSTICE et al

**JUDGMENT**

Costs are hereby taxed against Respondent and in favor of Petitioner in the amount of $338.50.

WILLIAM M. McCOOL, CLERK OF COURT

April 20, 2010
DATE

*s/Elizabeth Lawrence*
Deputy Clerk: Elizabeth Lawrence